### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(CHIEF) MICHAEL S. OWL FEATHER-     :     Civil No. 3:20-cv-1150
GORBEY,                             :
                                    :     (Judge Mariani)
        Petitioner               :
                                    :
    v.                            :
                                    :
WARDEN, USP-LEWISBURG,              :
                                    :
        Respondent               :

### ORDER

**AND NOW**, this ____ day of January, 2021, upon consideration of Petitioner's

motion (Doc. 9) for recusal, and in accordance with the Memorandum issued this date, **IT IS**

**HEREBY ORDERED THAT** the motion (Doc. 9) is **DENIED**.


                                  Robert D. Mariani
                                  United States District Judge